No. 2890. SÁNCHEZ, APPELLEE, *v.* HEIRS OF GONZÁLEZ, AP-PELLANTS.—District Court of Guayama. Damages. Decided November 14, 1922. The appellee's motion for dismissal is sustained.

No. 2889. PÉREZ, APPELLEE, *v.* ECHEANDÍA ET AL., APPEL-LANTS. — District Court of Aguadilla. Damages. Decided November 14, 1922. Considering the appellee's motion for dismissal and the appellant's opposition, the motion is sustained.

No. 1993. EX PARTE RODRÍGUEZ, PETITIONER-APPELLANT.—District Court of Ponce. Habeas Corpus. Decided November 13, 1922. The appellant's motion of withdrawal is sustained.

No. 1982. PEOPLE, APPELLEE, *v.* FUENTES, APPELLANT.—Second District Court of San Juan. Decided November 14, 1922. There being no bill of exceptions, statement of the case, or brief of appellant, and the record not disclosing any substantial error, the judgment is affirmed.

No. 1969. EX PARTE MARTÍNEZ ET AL., PETITIONER-APPEL-LEES. — District Court of Aguadilla. Habeas Corpus. Decided November 14, 1922. The motion of withdrawal made by the *Fiscal* is sustained.

No. 1956. PEOPLE, APPELLEE, *v.* FONSECA ET AL., APPEL-LANTS. — Second District Court of San Juan. Breach of peace. Decided November 20, 1922. The appellant not having filed a brief in support of the appeal and no substantial error appearing to have been committed, the judgment is affirmed.

No. 2900. PRESTON, APPELLANT, *v.* VÁZQUEZ, APPELLEE.—District Court of Humacao. Ejectment. Decided November 21, 1922. The appellant's motion of withdrawal is sustained.

No. 2906. GARCÍA, APPELLANT, *v.* RIVERA ET AL., APPEL-LEES.—District Court of Aguadilla. Decided November 23, 1922. The appellant's motion of withdrawal is sustained.